SIDNEY HAROLD EHRENS, an infant suing by his next friend, HERMAN J. EHRENS, v. MIAMI TRANSIT COMPANY.

20 So. (2nd) 263                  June Term, 1944
December 22, 1944               Division B

*Malcolm S. H. Kneale,* and *Basil H. Pollitt,* for appellants.
*Worley, Gautier & Cannon,* for appellee.

PER CURIAM:

The judgment is affirmed on authority of Herman J. Ehrens, appellant, v. Miami Transit Company, appellee, opinion in which was filed this day.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.